UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD EGERS,<br><br>    Plaintiff,<br><br>-against-<br><br>LAW OFFICES OF KAREN L. LAWRENCE and ALLSTATE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No.<br><br>**NOTICE OF REMOVAL**<br><br>*Electronically Filed* |

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Allstate Insurance Company ("Defendant") hereby gives notice of removal of the above-captioned action, which was commenced by the filing of a Summons and Complaint by Plaintiff Ronald Egers, ("Plaintiff") in the Supreme Court of the State of New York, County of Queens on April 26, 2019, under Index No. 707436/2019 ("the State Court Action"), to the United States District Court for the Eastern District of New York. In support of removal, Allstate states as follows:

    1.  This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is being filed within thirty (30) days of the date on which the defendant received a copy of the Summons and Complaint. The Summons and Complaint were first received by Defendant on July 9, 2019, and this removal is made within thirty (30) days thereof.

    2.  A copy of the Summons filed in the State Court Action is attached hereto as **Exhibit A** and incorporated herein by reference.

    3.  A copy of the Complaint filed in the State Court Action is attached hereto as **Exhibit B** and incorporated herein by reference.

1

4. The United States District Court for the Eastern District of New York has original jurisdiction over the State Court Action based upon diversity of citizenship, 28 U.S.C. § 1332(a)(1), and accordingly, removal is proper under 28 U.S.C. § 1441(b), as set forth below.

5. Upon information and belief, at the time Plaintiff commenced the State Court Action and at the time of removal, Plaintiff was and is a citizen of the State of New York by 28 U.S.C. § 1332(c)(2).

6. At the time Plaintiff commenced the State Court Action and at the time of removal, Defendant was and is a company organized and existing pursuant to the laws of the State of Illinois, with its principal place of business at 2775 Sanders Road, Northbrook, Illinois 60062.

7. This Court has diversity jurisdiction over the State Court Action because there is complete diversity between Plaintiff and Defendant, and because the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

8. The Law Offices of Karen L. Lawrence is not a legal entity but is part of the legal department of Allstate Insurance Company and therefore is not a consideration in determining whether there is diversity between the parties.

9. With respect to the amount in controversy, satisfaction of the jurisdictional threshold is not apparent on the face of the Complaint. However, the aforesaid Complaint consists of claims for discrimination and retaliation, alleges that Defendant terminated Plaintiff from his position as a senior trial attorney, and seeks three years of lost pay in damages. (Ex. B). Accordingly, the amount in controversy well exceeds $75,000 and this Court has diversity jurisdiction over the State Court Action.

10. The United States District Court for the Eastern District of New York embraces Queens County, New York, where the State Court Action was filed. Based upon diversity of

citizenship, the State Court Action is hereby removed to the United States District Court for the Eastern District of New York as the district court having jurisdiction over the place where the action is pending, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b).

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Queens County Clerk of the Supreme Court of the State of New York and to Plaintiff in the State Court Action.

12. This Notice of Removal has been signed pursuant to Fed. R. Civ. P. 11.

11. By filing this Notice of Removal, Defendant does not waive any available defenses. Should any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to brief any disputed issues and to present oral argument in support of its position.

WHEREFORE, Defendant Allstate Insurance Company respectfully requests that all persons take notice that the State Court Action, presently pending in the Supreme Court of the State of New York, County of Queens, has been removed to the United States District Court for the Eastern District of New York.

Dated: New York, New York
      July 29, 2019

**WONG FLEMING, P.C.**
*Attorneys for Defendant Allstate Insurance Company*

By: /s/ Linda Wong
    Linda Wong, Esq.
    300 East 42nd Street, 14th Floor
    New York, New York 10017
    Tel. (212) 643-9668
    Fax (212) 643-9640
    Email: lwong@wongfleming.com